# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RANGEL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00638-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 6) |

On June 27, 2019, the parties filed a stipulation under Local Rule 144(a) agreeing to a fourteen-day extension to file a responsive pleading in this action. (ECF No. 6.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading on or before July 10, 2019.

IT IS SO ORDERED.

Dated: **June 27, 2019**

                                              UNITED STATES MAGISTRATE JUDGE