# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RANGEL,<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF MODESTO, et al.,<br><br>                    Defendants. | Case No.  1:19-cv-00638-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 21)<br><br>FORTY-FIVE DAY DEADLINE |

On August 12, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.  The parties request forty-five days in which to finalize the settlement and file dispositive documents.

Accordingly, finding good cause, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **forty-five (45) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **August 13, 2020**

UNITED STATES MAGISTRATE JUDGE

1