# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN RANGEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MODESTO, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00638-NONE-SAB<br><br>ORDER DISCHARGING OCTOBER 1, 2020 ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 23, 24, 25) |

　　　　On August 12, 2020, a notice of settlement was filed in this matter and the parties were ordered to file dispositive documents within forty-five days of August 13, 2020. (ECF Nos. 21, 22.) On October 1, 2020, an order was filed requiring the parties to show cause why sanctions should not issue for the failure to comply with the August 13, 2020 order. (ECF No. 23.) On this same date, a stipulation for dismissal of this action and a response to the order to show cause were filed. (ECF Nos. 24, 25.)

　　　　Having reviewed the response of the parties, the order to show cause shall be discharged.

　　　　In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed October 1, 2020 is DISCHARGED; and
2. The Clerk of the Court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **October 2, 2020**

UNITED STATES MAGISTRATE JUDGE